DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:     djb@mgalaw.com

*Attorney for Plaintiff Cuiting Wei*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CUITING WEI, individually,<br><br>                              Plaintiff,<br><br>vs.<br><br>MAGMA HOLDING INC., a domestic corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendants. | Case No.: 2:23-cv-00567-JCM-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**[FIRST REQUEST]** |

Plaintiff Cuiting Wei ("Plaintiff") and Defendant Magma Holding Inc. ("Defendant" or "Magma") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation (ENE) Session presently scheduled for July 27, 2023 at 10:00 a.m., before U.S. Magistrate Judge Cam Ferenbach [ECF No. 9], due to the unavailability of Plaintiff's counsel who now needs to be traveling on July 27, 2023 for family matters.

The parties are available and propose the following four (4) alternative dates, or any other dates available on this Court's calendar after September 7, 2023 as follows:

- August 17, 2023
- August 29, 2023

1

- August 30, 2023
- September 7, 2023

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Ferenbach's chambers one week prior to the new date of the ENE Session by 4:00 p.m. This extension is sought in good faith, and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 14th day of July, 2023.

MAIER GUTIERREZ & ASSOCIATES

 /s/ Danielle J. Barraza

Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV  89148
*Attorney for Plaintiff Cuiting Wei*

DATED this 14th day of July, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 /s/ Michelle C. Krakora

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd
Suite 500
Las Vegas, NV 89135

Michelle C. Krakora
Nevada Bar No. 8832
200 S. Virginia Street, 8th Floor
Reno, NV  89501
*Attorneys for Defendant Magma Holding Inc.*

IT IS SO ORDERED.

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for July 27, 2023, is RESCHEDULED to 10:00 AM, September 19, 2023.  The confidential statement is due by 4:00 PM, September 12, 2023.  All else remains unchanged as stated in ECF NO. 9.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

  7-14-2023
_____
DATED

2