Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd, Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

Michelle C. Krakora
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendant Magma Holding Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CUITING WEI, an Individual,<br><br>               Plaintiff,<br><br>vs.<br><br>MAGMA HOLDING INC., a domestic corporation; DOES 1 through X: and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | Case No.:  2:23-cv-00567-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION (ECF NO. 7)**<br><br>**(SECOND REQUEST)** |

Plaintiff Cuiting Wei ("Plaintiff") and Defendant Magma Holding Inc. ("Defendant" or "Magma") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows: on June 16, 2023, Defendant filed its Motion to Compel Arbitration and Stay Proceedings Pending Arbitration ("MTC").  (ECF No. 7.)  On that same date, the Court issued an Order Scheduling Early Neutral Evaluation ("ENE") Session, setting the ENE conference for July 27, 2023, at 10:00 a.m. (ECF No. 9.)  On June 26, 2023, the Parties filed a Joint Stipulation and Order Regarding Defendant's Motion to Compel Arbitration and Stay

Proceedings Pending a Decision on ECF No. 7 (ECF No. 11), which was granted on July 24, 2023 (ECF No. 13.)  This order sets the briefing schedule on the MTC, with Plaintiff's response currently due on August 3, 2023 and Defendant's reply on August 10, 2023.  (ECF No. 13.)

On July 14, 2023, the Parties filed a Stipulation and Proposed Order to Continue Early Neutral Evaluation Session, which was granted the same day.  (ECF Nos. 11, 12.)  The ENE has been rescheduled to September 19, 2023 at 10:00 a.m. (ECF NO. 12.)

Because of the rescheduled ENE session, the Parties agree to extend briefing on the MTC as follows: if the ENE conference is not successful in resolving the matter, Plaintiff's response to the MTC will be due one week following the ENE conference, up to and including **September 26, 2023,** and Defendant's Reply will be due by **October 2, 2023**.

This Stipulation is made in good faith and is not intended for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 26th day of July, 2023. | DATED this 26th day of July, 2023. |
| MAIER GUTIERREZ & ASSOCIATES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Danielle J. Barraza* | */s/ Michelle C. Krakora* |
| Danielle J. Barraza, Esq.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV  89148<br>*Attorney for Plaintiff Cuiting Wei* | Anthony L. Martin<br>Nevada Bar No. 8177<br>10801 W. Charleston Blvd<br>Suite 500<br>Las Vegas, NV 89135<br><br>Michelle C. Krakora<br>Nevada Bar No. 8832<br>200 S. Virginia Street, 8th Floor<br>Reno, NV  89501<br>*Attorneys for Defendant Magma Holding Inc.* |

**ORDER**

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

August 2, 2023
DATED