Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd, Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

Michelle C. Krakora
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax: 775.440.2376

*Attorneys for Defendant Magma Holding Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CUITING WEI, an Individual, <br><br>  Plaintiff, <br><br> vs. <br><br> MAGMA HOLDING INC., a domestic corporation; DOES 1 through X: and ROE CORPORATIONS I through X, inclusive, <br><br>  Defendants. | Case No.:  2:23-cv-00567-JCM-BNW <br><br> **NOTICE OF RESOLUTION AND REQUEST TO VACATE ENE** |

Plaintiff Cuiting Wei ("Plaintiff") and Defendant Magma Holding Inc. ("Defendant" or "Magma") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby jointly give notice to the Court that the above-captioned matter has been resolved.  As such, the Parties request that the Early Neutral Evaluation session, currently scheduled for September 19, 2023, at 10:00 a.m. (ECF No. 12), be vacated.

/ / /

/ / /

/ / /

A Stipulation and Order to Dismiss with Prejudice will be filed within thirty (30) days.

DATED this 12th day of September, 2023.    DATED this 12th day of September, 2023.

MAIER GUTIERREZ & ASSOCIATES              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Danielle J. Barraza*                 */s/ Michelle C. Krakora*

Danielle J. Barraza, Esq.                 Anthony L. Martin
Nevada Bar No. 13822                      Nevada Bar No. 8177
8816 Spanish Ridge Avenue                 10801 W. Charleston Blvd
Las Vegas, NV 89148                       Suite 500
                                          Las Vegas, NV 89135
*Attorney for Plaintiff Cuiting Wei*

                                          Michelle C. Krakora
                                          Nevada Bar No. 8832
                                          200 S. Virginia Street, 8th Floor
                                          Reno, NV 89501

                                          *Attorneys for Defendant Magma Holding Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-12-2023 _____

2