Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd, Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

Michelle C. Krakora
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax: 775.440.2376

*Attorneys for Defendant Magma Holding Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CUITING WEI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAGMA HOLDING INC., a domestic corporation; DOES 1 through X: and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-00567-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Cuiting Wei ("Plaintiff") and Defendant Magma Holding Inc. ("Defendant" or "Magma") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to dismiss all claims Plaintiff had, or may have had, against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 20th day of September, 2023.	DATED this 20th day of September, 2023.

MAIER GUTIERREZ & ASSOCIATES	OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Danielle J. Barraza*	*/s/ Michelle C. Krakora*
Danielle J. Barraza, Esq.	Anthony L. Martin
Nevada Bar No. 13822	Nevada Bar No. 8177
8816 Spanish Ridge Avenue	10801 W. Charleston Blvd
Las Vegas, NV  89148	Suite 500
	Las Vegas, NV 89135

*Attorney for Plaintiff Cuiting Wei*

Michelle C. Krakora
Nevada Bar No. 8832
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant Magma Holding Inc.*

**ORDER**

IT IS SO ORDERED.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

September 22, 2023
DATED

2